# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**KATHLEEN J. ARNOLD**
                              *Plaintiff*

                **VS.**                        **5:05-CV-1327 (NAM) (GJD)**

**US POSTAL SERVICE and APWU LOCAL 257**
                              *Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the action is hereby dismissed due to plaintiff's failure to comply with the Court Order issued in this action.

All of the above pursuant to the Orders of the Honorable Chief Judge Norman A. Mordue, dated 11/7/05, 12/14/05 and 3/13/06.

**AUGUST 18, 2006**                             **LAWRENCE K. BAERMAN**
_____        _____

**DATE**                                              **CLERK OF COURT**

                                                           **s/**
                                                           _____

                                                           **JOANNE BLESKOSKI**
                                                          **DEPUTY CLERK**